UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| IN RE: ROBERT F. SLONE | ) | CASE NO. 15-10206 |
| JENNIFER L. SLONE | ) | |
| | ) | |
| DEBTORS | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ROBERT F. SLONE | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JENNIFER L. SLONE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversarial No. 18-1006 |
| | ) | |
| NATIONAL COLLEGIATE STUDENT LOAN | ) | |
| MASTER TRUST; NATIONAL COLLEGIATE | ) | |
| STUDENT LOAN TRUST 2005-1 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TERI LOAN HOLDINGS, LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PENNSYLVANIA HIGHER EDUCATION | ) | |
| ASSISTANCE AGENCY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KENTUCKY HIGHER EDUCATION | ) | |
| STUDENT LOAN CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

<u>PLAINTIFFS SECOND REQUESTS FOR PRODUCTION AND FIRST REQUESTS FOR
ADMISSION TO THE NATIONAL COLLEGIATE STUDENT LOAN MASTER TRUST
AND THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1</u>

Plaintiffs Robert F. Slone and Jennifer L. Slone, by and through counsel, hereby propound the following Second Requests for Production and First Requests for Admission on the National Collegiate Student Loan Master Trust and the Defendant National Collegiate Student Loan Trust 2005-1. To the extent that a distinction should be made in the Defendants' responses to these discovery requests between the National Collegiate Student Loan Master Trust and the National Collegiate Student Loan Trust 2005-1, or any other NCT Trust, please so indicate that distinction in the responses to these discovery requests.

## SECOND REQUESTS FOR PRODUCTION

1. Produce all documentation supporting Defendant National Collegiate Student Loan Master Trust and National Collegiate Student Loan Trust 2005-1's assertion that it currently owns loans which are owed by Plaintiffs. Produce documentation regarding any NCT Trust which owns a loan allegedly owed by the Plaintiffs. This documentation must include any and all assignments from the original lender to the current loan owner. Documentation should also be produced which shows the amounts paid by Defendants for ownership of Plaintiffs' loans along with any risk assessment regarding Plaintiffs' loans.

ANSWER:

2. Produce any and all documentation which Defendants possess or which is within their control which supports Defendants' assertion that its loans with Plaintiffs are qualifying student loan debts and are non-dischargeable.

ANSWER:

3. Produce any and all documentation which Defendants possess or which is within Defendants' control which supports the assertion that Defendants' loans with Plaintiffs are not qualifying educational student loan debts and are therefore dischargeable.

ANSWER:

4. Produce any and all documentation which supports Defendants' assertions that Plaintiffs have sufficient income or resources to pay Defendants' loans.

ANSWER:

5. Produce any and all documentation which supports Defendants' assertions that Plaintiffs can maintain, based on current income and expenses, a minimal standard of living for themselves if forced to repay the loans.

ANSWER:

6. Produce any and all documentation which supports the Defendants' assertion that Plaintiffs' inability to pay is not likely to persist for a significant portion of the repayment period.

ANSWER:

    7.    Produce any and all documentation which supports the Defendants' assertion that Plaintiffs have not made good faith efforts to repay the loans.

ANSWER:

## FIRST REQUESTS FOR ADMISSION

REQUEST NO. 1.    Mr. Robert F. Slone is currently disabled and receiving Social Security Disability benefits.

ANSWER:

REQUEST NO. 2.    Mr. Robert F. Slone is not currently employed.

ANSWER:

REQUEST NO. 3.    Defendants have no evidence that Mr. Robert F. Slone will be able to return to work during his lifetime.

ANSWER:

REQUEST NO. 4.    Mrs. Jennifer L. Slone underwent open heart surgery secondary to a myocardial infarction in August 2016.

ANSWER:

REQUEST NO. 5:    Mrs. Jennifer L. Slone is not currently employed.

ANSWER:

REQUEST NO. 6:    Defendants have no evidence that Mrs. Jennifer L. Slone will be able to return to work during her lifetime.

ANSWER:

*Respectfully submitted*,

/s/ Elaina L. Holmes, Esq.
Elaina L. Holmes, Esq.
P.O. Box 714
Flatwoods, KY 41139
Telephone: (606) 325-0288
Facsimile: (606) 325-0245
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served on Defendant National Collegiate Student Loan Master Trust and National Collegiate Student Loan Trust 2005-1, via ECF and email on this 24th day of September, 2018, upon John Erin McCabe, Esq., Counsel for National Collegiate Student Loan Master Trust and National Collegiate Student Loan Trust 2005-1.

/s/ Elaina L. Holmes