UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| IN RE: ROBERT F. SLONE | ) | CASE NO. 15-10206 |
| JENNIFER L. SLONE | ) | |
| | ) | |
| DEBTORS | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ROBERT F. SLONE | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JENNIFER L. SLONE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversarial No.  18-1006 |
| | ) | |
| NATIONAL COLLEGIATE STUDENT LOAN | ) | |
| MASTER TRUST; NATIONAL COLLEGIATE | ) | |
| STUDENT LOAN TRUST 2005-1 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TERI LOAN HOLDINGS, LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PENNSYLVANIA HIGHER EDUCATION | ) | |
| ASSISTANCE AGENCY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KENTUCKY HIGHER EDUCATION | ) | |
| STUDENT LOAN CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFFS INTERROGATORIES,
AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE
NATIONAL COLLEGIATE STUDENT LOAN MASTER TRUST AND THE NATIONAL
COLLEGIATE STUDENT LOAN TRUST 2005-1

Plaintiffs Robert F. Slone and Jennifer L. Slone, by and through counsel, hereby propound the following Interrogatories and Requests for Production of Documents on the National Collegiate Student Loan Master Trust and the Defendant National Collegiate Student Loan Trust 2005-1. To the extent that a distinction should be made in the Defendants' responses to these discovery requests between the National Collegiate Student Loan Master Trust and the National Collegiate Student Loan Trust 2005-1, please so indicate that distinction in the responses to these discovery requests.

INTERROGATORY NO. 1.   Please list the names, addresses and job titles of all persons on behalf of the Defendants who assisted in the preparation of the Defendants' responses to Plaintiffs' Interrogatories and accompanying Request for Production of Documents. Additionally, please indicate the nature of the authority of the individual signing these discovery responses on behalf of the Defendants.

Answer:

INTERROGATORY NO. 2. Please set forth the complete repayment terms of any and all loans that Plaintiffs have with the Defendants National Collegiate Student Loan Master Trust and National Collegiate Student Loan Trust 2005-1. Alternatively, please attach a copy of the loan agreement to your discovery responses.

Answer:

INTERROGATORY NO. 3.   Please indicate any and all repayment options which the Defendants currently provide to student loan debtors.

Answer:

INTERROGATORY NO. 4. Please indicate any and all payments which have been made by Plaintiffs with regard to the loans held by Defendants, setting forth the loan number, the amounts of all said payments, and the dates of all said payments.

Answer:

INTERROGATORY NO. 5. Please list the names and addresses of all persons having knowledge of facts relevant and/or discoverable to this litigation. Indicate for each such individual whether they will be called as a witness at the trial in this matter. Additionally, please furnish a copy of any written statements, reports and/or records from said persons with your answers to these Interrogatories.

Answer:

INTERROGATORY NO. 6: Describe any representations Defendants have made to investors, agents, employees, or shareholders regarding the dischargeability of the loans in bankruptcy.

Answer:

INTERROGATORY NO. 7. Please provide the names, addresses and identities of each person whom the Defendants expect to call as an expert witness at the trial of this action, either in person or by deposition and, with reference to each, state:

    (a) The specific formal education, training and expertise of said expert in the area in which they are expected to testify;

    (b) The subject matter on which they are expected to testify

    (c) The substance of the facts and opinions to which the expert is expected to testify; and

    (d) Give a summary of the grounds for each opinion.

<u>Answer:</u>

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Please produce any and all documents, pamphlets and/or manuals the Defendants have which explain the various repayment options available to a borrower regarding their student loans.

    <u>Response:</u>

2.    Please produce any and all statements, whether oral, written, or recorded, and/or whether signed or unsigned, that Defendants have regarding Plaintiffs.

    <u>Response:</u>

3.    Please produce any and all documents and/or recordings that relate to any statements taken from any person who has any knowledge or claims to have any knowledge whatsoever of Plaintiffs' student loans with the Defendants.  This does not include protected attorney-client privileged information.

    <u>Response:</u>

4.    Please produce any and all photographs, videotapes, movies, or sound recordings

related to Plaintiffs and their student loans with the Defendants.

Response:

5. Please produce all written communications, which relate to Plaintiffs' student loans with Defendants between the Plaintiff and any party to this action or to a third-party.

Response:

6. Please produce any and all documents evidencing, describing, pertaining or relating to the names and most current known addresses of each and every person having knowledge of any discoverable matter in this action.

Response:

7. Please produce documentation supporting your response to Interrogatory Number 2, 3, 4 and 5.

Response:

8. Please produce any and all documents outlining Plaintiffs' student loan history with Defendants which should begin with the date the payment was made by the lender, the identity of the original lender, and reflect any payments made by Plaintiffs, and reflect the interest calculations which Defendants allege are appropriate, including the amount that the Defendants maintains is currently due from Plaintiffs.

Response:

9. Please produce any and all documents that any expert witness employed by Defendants and/or anyone acting on said Defendants' behalf expects to rely upon in expressing any opinion in this case.

Response:

10. Please produce any and all reports, including; but not limited to, preliminary reports prepared by any expert witness retained by Defendants to testify in this case.

Response:

11. Please produce any and all documents which Defendants intend to introduce as evidence at the trial of this matter.

Response:

*Respectfully submitted*,

/s/ Elaina L. Holmes
Elaina L. Holmes
P.O. Box 714
Flatwoods, KY 41139
Telephone: (606) 325-0288
Facsimile: (606) 325-0245
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served with summons and complaint, postage pre-paid via U.S. Mail on this 27th day of August, 2018, upon the following:

National Collegiate Student Loan Master Trust;
National Collegiate Student Loan Trust 2005-1
c/o Wilmington Trust Company, Registered Agent
Rodney Square North
1100 N. Market Street
Wilmington, DE  19890

National Collegiate Student Loan Master Trust;
National Collegiate Student Loan Trust 2005-1
**Attn:  Officer, A Managing or General Agent**
c/o Transworld Systems, Inc.
P.O. Box 4275
Norcross, GA  30091

/s/ Elaina L. Holmes