UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| IN RE: ROBERT F. SLONE<br>JENNIFER L. SLONE<br><br>DEBTORS<br><br>―――――――――――――――――<br><br>ROBERT F. SLONE<br><br>and<br><br>JENNIFER L. SLONE<br><br>      Plaintiffs,<br><br>   vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN MASTER TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1<br><br>and<br><br>TERI LOAN HOLDINGS, LLC<br><br>and<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY<br><br>and<br><br>KENTUCKY HIGHER EDUCATION STUDENT LOAN CORPORATION<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 15-10206<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Adversarial No.  18-1006 |

<u>PLAINTIFFS SECOND REQUESTS FOR PRODUCTION AND FIRST REQUESTS FOR ADMISSION TO TERI LOAN HOLDINGS, LCC</u>

Plaintiffs Robert F. Slone and Jennifer L. Slone, by and through counsel, hereby propound the following Second Requests for Production and First Requests for Admission on the Teri Loan Holdings, LLC.

## SECOND REQUESTS FOR PRODUCTION

1. Produce all documentation supporting Defendant Teri Loan Holdings, LLC's assertion that it currently owns loans which are owed by Plaintiffs. This documentation must include any and all assignments from the original lender to the current loan owner. Documentation should also be produced which shows the amounts paid by Defendants for ownership of Plaintiffs' loans along with any risk assessment regarding Plaintiffs' loans.

ANSWER:

2. Produce any and all documentation which Defendant Teri Loan Holdings, LLC, possesses or which is within its control which supports Defendant's assertion that its loan with Plaintiffs are qualifying student loan debts and are non-dischargeable.

ANSWER:

3. Produce any and all documentation which Defendant Teri Loan Holdings, LLC, possesses or which is within its control which supports the assertion that Defendant's loan(s) with Plaintiffs are not qualifying educational student loan debts and are therefore dischargeable.

ANSWER:

4. Produce any and all documentation which supports Defendant's assertions that Plaintiffs have sufficient income or resources to pay Defendant's loans.

ANSWER:

5. Produce any and all documentation which supports Defendant's assertions that Plaintiffs can maintain, based on current income and expenses, a minimal standard of living for themselves if forced to repay the loans.

ANSWER:

6. Produce any and all documentation which supports the Defendant's assertion that Plaintiffs' inability to pay is not likely to persist for a significant portion of the repayment period.

ANSWER:

7. Produce any and all documentation which supports the Defendant's assertion that Plaintiffs have not made good faith efforts to repay the loans.

ANSWER:

FIRST REQUESTS FOR ADMISSION

REQUEST NO. 1.	Mr. Robert F. Slone is currently disabled and receiving Social Security Disability benefits.

ANSWER:

REQUEST NO. 2.	Mr. Robert F. Slone is not currently employed.

ANSWER:

REQUEST NO. 3.	Defendants have no evidence that Mr. Robert F. Slone will be able to return to work during his lifetime.

ANSWER:

REQUEST NO. 4.	Mrs. Jennifer L. Slone underwent open heart surgery secondary to a myocardial infarction in August 2016.

ANSWER:

REQUEST NO. 5:    Mrs. Jennifer L. Slone is not currently employed.

ANSWER:




REQUEST NO. 6:    Defendants have no evidence that Mrs. Jennifer L. Slone will be able to return to work during her lifetime.

ANSWER:


*Respectfully submitted*,

/s/ Elaina L. Holmes, Esq.
Elaina L. Holmes, Esq.
P.O. Box 714
Flatwoods, KY 41139
Telephone: (606) 325-0288
Facsimile: (606) 325-0245
Counsel for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on Defendant Teri Loan Holdings, LLC via placement in U.S. mail, postage prepaid, on this 24th day of September, 2018, to Teri Loan Holdings, LLC, c/o Corporation Service Co., Registered Agent, 421 West Main Street, Frankfort, KY  40601.

/s/ Elaina L. Holmes