IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:

| | |
|---|---|
| Robert F. Slone | BK Case No. 15-10206 |
| Jennifer L. Slone | |
|     Debtors. | Chapter 13 |

_____

| | |
|---|---|
| Robert F. Slone | |
| Jennifer L. Slone | |
|     Plaintiffs, | |
| vs. | Adv. Case No. 18-1006-tnw |
| National Collegiate Student Loan Trust 2005-1, Teri Loan Holdings LLC, Pennsylvania Higher Education Assistance Agency, Kentucky Higher Education Student Loan Corporation | |
|     Defendants. | |

_____

**AGREED ORDER OF NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1
AND PLAINTIFFS,
DISCHARGE OF STUDENT LOAN**

NOW COMES Plaintiffs Robert F. Slone and Jennifer L. Slone ("the Plaintiffs") and Defendant National Collegiate Student Loan Trust 2005-1 ("NCT"), by and through its counsel Weltman, Weinberg and Reis Co., LPA ("WWR"), and hereby agree as follows:

National Collegiate Student Loan Trust 2005-1 agrees and has no objection to discharge of the student loan debts in the underlying Bankruptcy Case 15-10206-TNW. (The loan is designated by WWR as Loan No. 1000 WWR#040146331).

IT IS HEREBY AGREED that the Student Loan debts of National Collegiate Student Loan Trust 2005-1 are discharged. The loans shall remain in place until such time as the

Plaintiffs receive an Order of Discharge or a Hardship Discharge has been granted by this Court. The United States Bankruptcy Court for the Eastern District of Kentucky shall retain jurisdiction over all matters related to the interpretation and enforcement of this Agreed Order.

Respectfully Submitted,

| | |
|---|---|
| /s/John Erin McCabe | /s/Elaina L. Holmes |
| John Erin McCabe (92923) | Elaina L. Holmes |
| Attorneys for Defendant NCT | Plaintiffs' Attorney |
| 525 Vine Street, Suite 800 | P.O. Box 714 |
| Cincinnati, OH  45202 | Flatwoods, KY  41139 |
| 513-723-2206 | 606-325-0288 |
| jmccabe@weltman.com | elainaholmeslaw@windstream.net |

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, December 03, 2018**
**(tnw)**